**E-filed 12/20/06**

1  Gregory A. Wedner, SBN 067965
   gwedner@lozanosmith.com
2  **LOZANO SMITH**
   2000 Crow Canyon Place, Suite 200
3  San Ramon, California 94583-1344
   Phone: 925-302-2000
4  Fax: 925-302-2010

5  Attorneys for Defendant
   PAJARO VALLEY UNIFIED SCHOOL
6  DISTRICT

7

8                    UNITED STATES DISTRICT COURT

9         NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

10

11 E.M., a minor, by and through his parents        CASE NO. C 06-04694 JF
   E.M. and E.M.,
12                                                  **REQUEST FOR SUBSTITUTION OF
              Plaintiff,                            ATTORNEY; [PROPOSED] ORDER**
13
        vs.
14
   PAJARO VALLEY UNIFIED SCHOOL
15 DISTRICT, OFFICE OF ADMINISTRATIVE
   HEARINGS, and CALIFORNIA
16 DEPARTMENT OF EDUCATION,

17            Defendants.

18

19

20      Defendant PAJARO VALLEY UNIFIED SCHOOL DISTRICT (the "District") hereby

21 requests that the Court permit substitution of its attorney in this matter as follows:

22      Current legal counsel of record:          Gregory A. Wedner[1] of Lozano Smith

23 / / /

24 / / /

25 _____

26 [1] Attorney Laurie E. Reynolds is also currently listed as attorney of record for the District. She is
   a former member of the Lozano Smith firm. Ms. Reynolds is now with the firm of Fagen,
27 Friedman & Fulfrost who is the proposed new legal counsel for the District.

28

00223.00000/13573.1                                                          C 06-04694-JF
                    REQUEST FOR SUBSTITUTION OF ATTORNEY

| | | |
|---|---|---|
| 1 | Proposed new legal counsel of record: | Howard A. Friedman, SBN 61187 |
| 2 | | hfriedman@fagenfriedman.com |
| | | Laurie E. Reynolds, SBN 148693 |
| 3 | | lreynolds@fagenfriedman.com |
| | | Kimberly A. Smith, SBN 176659 |
| 4 | | ksmith@fagenfriedman.com |
| | | **FAGEN, FRIEDMAN & FULFROST** |
| 5 | | 6300 Wilshire Boulevard, Suite 1700 |
| | | Los Angeles, California 90048 |
| 6 | | Tel: (323) 330-6300 |
| | | Tel: (323) 330-6311 |

    The following parties and counsel consent to the substitution described herein and request that the Court execute the order attached hereto.

DATED: December 19, 2006        LOZANO SMITH

                                By: _____
                                    Gregory A. Wedner
                                    Attorneys for defendant PAJARO VALLEY
                                    UNIFIED SCHOOL DISTRICT

DATED: December 12, 2006        FAGEN FRIEDMAN & FULFROST, LLP

                                By: _____
                                    Kimberly A. Smith
                                    Proposed new counsel for defendant PAJARO
                                    VALLEY UNIFIED SCHOOL DISTRICT

DATED: December 12, 2006        PAJARO VALLEY UNIFIED SCHOOL DISTRICT

                                By: _____
                                    Carol Lankford

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| E.M., a minor, by and through his parents E.M. and E.M., <br><br> Plaintiff, <br><br> vs. <br><br> PAJARO VALLEY UNIFIED SCHOOL DISTRICT, OFFICE OF ADMINISTRATIVE HEARINGS, and CALIFORNIA DEPARTMENT OF EDUCATION, <br><br> Defendants. | CASE NO. C 06-04694 JF <br><br> [~~PROPOSED~~] ORDER |

The Court has received and reviewed the request by defendant PAJARO VALLEY UNIFIED SCHOOL DISTRICT for a substitution of its counsel of record in this action and hereby ORDERS that counsel for the District forthwith shall be Howard A. Friedman, Laurie E. Reynolds and Kimberly A. Smith of Fagen Friedman & Fulfrost, 6300 Wilshire Boulevard, Suite 1700, Los Angeles, California 90048-5219, telephone: (323) 330-6300 and facsimile (323) 330-6311.

DATED: 12/20/06

_____
District Judge of the United States District Court
for the Northern District of California

C 06-04694-JF

[PROPOSED] ORDER