**8/28/07

1  Mandy G. Leigh, SBN 225748
   Sarah J. Fairchild, SBN 238469
2  LEIGH LAW GROUP also DBA EDULEGAL
   870 Market Street, Suite 1161
3  San Francisco, CA 94102
   Phone: 415-399-9155
4  Fax: 415-399-9608
   E-mail: mleigh@leighlawgroup.com
5  sfairchild@leighlawgroup.com
   Attorneys for Plaintiff E.M. by and through E.M. and E.M.
6

7  Kimberly A. Smith, SBN 176659
   Sarah S. Orman, SBN 246259
8  FAGEN FRIEDMAN & FULFROST, LLP
   6300 Wilshire Boulevard, Suite 1700
9  Los Angeles, California  90048
   Phone: 323-330-6300
10 Fax: 323-330-6311
   Attorneys for Defendant Pajaro Valley Unified
11 School District

12

13              UNITED STATES DISTRICT COURT

14      NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

15

16 E.M., a minor, by and through his parents         CASE NO. C 06-04694 JF
   E.M. and E.M.,
17                                                   **JOINT STIPULATION TO CONTINUE
                                                     DEADLINE FOR COMPLETION OF
18         Plaintiff,                                MEDIATION; [PROPOSED] ORDER**

19     vs.                                           Trial Date:          None

20 PAJARO VALLEY UNIFIED SCHOOL
   DISTRICT, OFFICE OF ADMINISTRATIVE
21 HEARINGS, and CALIFORNIA
   DEPARTMENT OF EDUCATION,
22
           Defendants.
23

24         Plaintiff E.M., by and through his parents E.M. and E.M., ("Plaintiff") and Defendant

25 Pajaro Valley Unified School District ("Defendant") (collectively referred to as the "Parties"),

26 hereby stipulate to the following.

27

28
                                                                            C 06-04694 JF

# RECITALS

WHEREAS, Plaintiff filed a First Amended Complaint for Damages and Appeal from a Decision of the California Office of Administrative Hearings pursuant to the Individuals with Disabilities Education Act (20 U.S.C. § 1415 *et seq*) ("First Amended Complaint") on December 15, 2006;

WHEREAS, Defendant filed an answer to Plaintiff's First Amended Complaint on January 4, 2007

WHEREAS, a Case Management Conference was held in this matter on July 20, 2007;

WHEREAS, at the Case Management Conference, this Court ordered the Parties to complete a mediation through the Court's Alternative Dispute Resolution program prior to September 7, 2007.

WHEREAS, on July 31, 2007, pursuant to ADR Local Rule 6-6, counsel for the Parties participated in a pre-mediation telephone conference with Daniel Bowling, the mediator assigned to this case ("Mediator").

WHEREAS, counsel for the Parties and the Mediator discussed the issues in the case, the parties' current position, and whether a mediation prior to the trial setting conference set for September 7, 2007 would likely resolve any of the disputed issues between the Parties;

WHEREAS, counsel for the Parties agreed, and the Mediator concurred, that a mediation would likely be more productive after Plaintiff moved to supplement the administrative record at issue in this case;

WHEREAS the Parties agreed, and the Mediator concurred, that mediation should take place after the Court's decision on Plaintiff's motion to supplement the administrative record is issued;

WHEREAS the Parties agreed to discuss the timing for the filing and hearing Plaintiff's motion at the trial setting conference set for September 7, 2007.

WHEREAS the Parties further agree to continue to discuss the dates and deadlines in the case management conference statement.

JOINT STIPULATION TO CONTINUE DEADLINE FOR COMPLETION OF MEDIATION;
[PROPOSED] ORDER

1    Accordingly, subject to Court approval, IT IS HEREBY STIPULATED BY THE

2 PARTIES as follows:

3                              **STIPULATION**

4    1.    The September 7, 2007 deadline for the Parties to hold a mediation in this case

5 shall be vacated; and

6    2.    The Parties shall reconvene a pre-mediation phone conference with the Mediator,

7 following the Court's determination on Plaintiff's motion to supplement the administrative record

8 for the purposes of setting a date for mediation in this case.

9

10 DATED: August 13, 2007          LEIGH LAW GROUP

11

12                                 By:  /s/ Mandy G. Leigh
                                        Mandy G. Leigh
13                                      Attorneys for Plaintiff E.M. by and through E.M.
                                        and E.M.
14

15 DATED: August 13, 2007          FAGEN FRIEDMAN & FULFROST, LLP

16

17                                 By:  /s/ Kimberly A. Smith
                                        Kimberly A. Smith
18                                      Attorneys for Defendant Pajaro Valley Unified
                                        School District
19

20    I, KIMBERLY A. SMITH, am the ECF User whose ID and password are being used to file

21 this JOINT STIPULATION TO CONTINUE DEADLINE FOR COMPLETION OF

21 MEDIATION; [PROPOSED] ORDER.  In compliance with General Order 45, X.B., I hereby

22 attest that MANDY LEIGH, counsel for Plaintiff, has concurred in this filing.

23 DATED: August 13, 2007          FAGEN FRIEDMAN & FULFROST, LLP

24

25                                 By:  /s/ Kimberly A. Smith
                                        Kimberly A. Smith
26                                      Attorneys for Defendant Pajaro Valley Unified
                                        School District
27

28

                                         3                              C 06-04694 JF

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| E.M., a minor, by and through his parents E.M. and E.M., | CASE NO. C 06-04694 JF |
| Plaintiff, | **[PROPOSED] ORDER** |
| vs. | Trial Date:          None |
| PAJARO VALLEY UNIFIED SCHOOL DISTRICT, OFFICE OF ADMINISTRATIVE HEARINGS, and CALIFORNIA DEPARTMENT OF EDUCATION, | |
| Defendants. | |

PURSUANT TO STIPULATION OF THE PARTIES, IT IS HEREBY ORDERED that the Court's deadline of September 7, 2007 for the Parties to conduct a mediation in this case shall be vacated;

IT IS FURTHER ORDERED THAT, upon the Court's ruling on Plaintiff's motion to supplement the administrative record in this matter, the Parties will contact the Mediator to schedule a mediation in this case.

IT IS SO ORDERED.

DATED:  8/27/07

_____
Judge of the United States District Court
for the Northern District of California

C 06-04694 JF

[PROPOSED] ORDER