Mandy G. Leigh, SBN 225748
Sarah J. Fairchild, SBN 238469
LEIGH LAW GROUP also DBA EDULEGAL
870 Market Street, Suite 1161
San Francisco, CA 94102
Phone: 415-399-9155
Fax: 415-399-9608
E-mail: mleigh@leighlawgroup.com
sfairchild@leighlawgroup.com
Attorneys for Plaintiff E.M. by and through E.M. and E.M.

Kimberly A. Smith, SBN 176659
Sarah S. Orman, SBN 246259
FAGEN FRIEDMAN & FULFROST, LLP
70 Washington Street, Suite 205
Oakland, California 94607
Phone: 510-550-8200
Fax: 510-550-8211
E-mail: ksmith@fagenfriedman.com
sorman@fagenfriedman.com
Attorneys for Defendant
Pajaro Valley Unified School District

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| E.M., a minor, by and through his parents, E.M. & E.M., <br><br>Plaintiff, <br><br>vs. <br><br>PAJARO VALLEY UNIFIED SCHOOL DISTRICT, <br><br>Defendants. | CASE NO. C 06-04694 JF <br><br>**STIPULATED REQUEST TO SUPPLEMENT THE ADMINISTRATIVE RECORD** |

Pursuant to United States District Court Northern District Civil Local Rules 7-12, plaintiff E.M. ("Plaintiff") and defendant PAJARO VALLEY UNIFIED SCHOOL DISTRICT ("District") (hereafter collectively referred to as "the parties") submit this stipulation to request an order permitting the parties to supplement the administrative record in this matter as follows:

1.     WHEREAS, this case is an appeal, pursuant to title 20 United States Code section 1415, subdivision (i)(2)(A), from an administrative law judge's decision in a special education "due process" matter;

2.     WHEREAS, the District obtained a copy of the administrative record from the underlying proceedings from the Office of Administrative Hearings ("OAH") and lodged same with the Court on July 20, 2008;

3.     WHEREAS, one of the exhibits contained in the administrative record, Respondent's Exhibit 3, is incomplete and appears to have been cut off by OAH when it was copied [*see*, Administrative Record ("AR") at pp. 2188-2191];

4.     WHEREAS, the full seven (7) page exhibit was admitted by the administrative law judge during the hearing [*see,* AR 1197:1-14];

5.     WHEREAS, parties may supplement an administrative record to repair "gaps in the administrative transcript owing to mechanical failure." *Ojai Unified Sch. Dist. v. Jackson*, 4 F.3d 1467, 1473 (9th Cir. 1993), *quoting, Town of Burlington v. Dept. of Educ. for the Commonwealth of Mass. ("Burlington")*, 736 F.2d 773, 790-791 (1st Cir. 1984), *aff'd,* 471 U.S. 359, 109 S.Ct. 1996, 85 L.Ed.2d 285 (1985);

6.     WHEREAS, a redacted version of the Exhibit to be lodged is attached hereto as Exhibit "A" (Local Rule 3-17(a)(2));

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record, that Defendant may lodge a new Exhibit 3, to be sequentially numbered to the administrative record as pages 2385-2392.

DATED: July 10, 2008          LEIGH LAW GROUP

By:   /s/ Sarah J. Fairchild
Sarah J. Fairchild
Attorneys for Plaintiff E.M. by and through E.M. and E.M.

Fagen Friedman & Fulfrost, LLP
70 Washington Street, Suite 205
Oakland, California 94607
Main: 510-550-8200 • Fax: 510-550-8211

DATED: July 10, 2008        FAGEN FRIEDMAN & FULFROST, LLP

By: /s/ Kimberly A. Smith
    Kimberly A. Smith
    Attorneys for Defendants PAJARO VALLEY
    UNIFIED SCHOOL DISTRICT

I, Kimberly A. Smith, am the ECF User whose ID and password are being used to file this STIPULATED REQUEST TO SUPPLEMENT THE ADMINISTRATIVE RECORD. In compliance with General Order 45, X.B., I hereby attest that Mandy G. Leigh has concurred in this filing.

DATED: July 10, 2008        FAGEN FRIEDMAN & FULFROST, LLP

By: /s/ Kimberly A. Smith
    Kimberly A. Smith
    Attorneys for Defendant, PAJARO VALLEY
    UNIFIED SCHOOL DISTRICT

\*\*E-filed 7/17/08\*\*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| E.M. a minor, by and through his parents E.M. and E.M., <br><br> Plaintiff, <br><br> vs. <br><br> PAJARO VALLEY UNIFIED SCHOOL DISTRICT, OFFICE OF ADMINISTRATIVE HEARINGS, AND CALIFORNIA DEPARTMENT OF EDUCATION, <br><br> Defendants. | CASE NO. C -06-04694 JF <br><br> [PROPOSED] ORDER GRANTING REQUEST TO SUPPLEMENT THE ADMINISTRATIVE RECORD <br><br> [Civil Local Rules 7-12] |

Pursuant to the Stipulated Request to Supplement the Administrative Record submitted by the parties to this action,

IT IS HEREBY ORDERED that Defendant may lodge Exhibit 3 as Administrative Record pages 2385 through 2393.

IT IS SO ORDERED.

Dated: _7/17/08_

_____
The Honorable Jeremy Fogel
Judge of the United States District Court for
the Northern District of California

C 06-04694 JF

[PROPOSED] ORDER

Fagen Friedman & Fulfrost, LLP
70 Washington Street, Suite 205
Oakland, California 94607
Main: 510-550-8200 • Fax: 510-550-8211