Mandy G. Leigh, SBN 225748
Sarah J. Fairchild, SBN 238469
LEIGH LAW GROUP also DBA EDULEGAL
870 Market Street, Suite 1161
San Francisco, CA 94102
Phone: 415-399-9155
Fax: 415-399-9608
E-mail: mleigh@leighlawgroup.com
sfairchild@leighlawgroup.com
Attorneys for Plaintiff E.M. by and through E.M. and E.M.

Kimberly A. Smith, SBN 176659
Sarah S. Orman, SBN 246259
FAGEN FRIEDMAN & FULFROST, LLP
6300 Wilshire Boulevard, Suite 1700
Los Angeles, California 90048
Phone: 323-330-6300
Fax: 323-330-6311
Attorneys for Defendant Pajaro Valley Unified
School District

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| E.M. a minor, by and through his parents E.M. and E.M.,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>PAJARO VALLEY UNIFIED SCHOOL DISTRICT,<br><br>　　　　　Defendants. | CASE NO. C -06-04694 JF<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME; [PROPOSED] ORDER**<br><br>[Civil Local Rules 6-2; 7-12] |

　　　　Pursuant to United States District Court Northern District Civil Local Rules 6-2 and 7-12, Plaintiff E.M. ("Plaintiff") and Defendant PAJARO VALLEY UNIFIED SCHOOL DISTRICT ("District") (hereafter collectively referred to as "the parties") submit this stipulation to request an order changing the time of hearing for Plaintiff's Objection/Motion to Strike ("Motion") in this

C -06-04694 JF
STIPULATION TO CONSOLIDATE HEARING ON PLAINTIFF'S OBJECTION/MOTION TO STRIKE AND
REQUEST FOR SUR-REPLY WITH HEARING ON PARTIES' MOTIONS FOR SUMMARY JUDGMENT

matter as follows:

WHEREAS, Plaintiff's Objection/Motion to Strike was originally noticed for October 7, 2008;

WHEREAS, Court does not hear Motions on October 7, 2008;

WHEREAS, Parties have met and conferred and have agreed to change the date to October 10, 2008 so that the Plaintiff's Motion can be heard at the same time as the parties' Motion for Summary Judgments.

The parties hereto stipulate as follows:

STIPULATION

1.   The hearing on Plaintiff's Objection/Motion to Strike shall be moved to October 10, 2008 in order to be heard with the parties Motion for Summary Judgments.

THE PARTIES SO STIPULATE.

DATED: September 2, 2008          LEIGH LAW GROUP


                                  By:  /s/ Sarah J. Fairchild
                                       Sarah Fairchild
                                       Attorney for Plaintiff E.M.


DATED: September 2, 2008          Respectfully submitted,

                                  FAGEN FRIEDMAN & FULFROST, LLP


                                  By:  /s/ Sarah Orman
                                       Sarah Orman
                                       Attorney for Defendant PAJARO VALLEY
                                       UNIFIED SCHOOL DISTRICT

I, Sarah Fairchild, am the ECF User whose ID and password are being used to file this STIPULATED REQUEST FOR ORDER CHANGING TIME AND PROPOSED ORDER.  In compliance with General Order 45, X.B., I hereby attest that Sarah Orman has concurred in this

*Fagen Friedman & Fulfrost, LLP*
6300 Wilshire Boulevard, Suite 1700
Los Angeles, California 90048
Main: 323-330-6300 • Fax: 323-330-6311

1 | filing.

DATED: September 2, 2008                         FAGEN FRIEDMAN & FULFROST, LLP


                                        By:    /s/ Sarah J. Fairchild
                                               Sarah J. Fairchild
                                               Attorneys for Plaintiff, E.M.

Fagen Friedman & Fulfrost, LLP
6300 Wilshire Boulevard, Suite 1700
Los Angeles, California 90048
Main: 323-330-6300 • Fax: 323-330-6311

Fagen Friedman & Fulfrost, LLP
6300 Wilshire Boulevard, Suite 1700
Los Angeles, California 90048
Main: 323-330-6300 • Fax: 323-330-6311

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| E.M. a minor, by and through his parents E.M. and E.M., <br><br> Plaintiff, <br><br> vs. <br><br> PAJARO VALLEY UNIFIED SCHOOL DISTRICT, OFFICE OF ADMINISTRATIVE HEARINGS, AND CALIFORNIA DEPARTMENT OF EDUCATION, <br><br> Defendants. | CASE NO. C -06-04694 JF <br><br> [PROPOSED] ORDER CHANGING TIME <br><br> [Civil Local Rules 6-2; 7-12] |

Pursuant to the Stipulated Request for Order Changing Time submitted by the parties to this action,

IT IS HEREBY ORDERED that the hearing on Plaintiff's Motion to Strike the Declaration of Dr. Deborah Anderson and request to file a supplemental declaration from Dr. Kaufman be heard October 10, 2008.

IT IS SO ORDERED.

Dated: 9/9/08

_____
The Honorable Jeremy Fogel
Judge of the United States District Court for
the Northern District of California

STIPULATION TO CONSOLIDATE HEARING ON PLAINTIFF'S OBJECTION/MOTION TO STRIKE AND REQUEST FOR SUR-REPLY WITH HEARING ON PARTIES' MOTIONS FOR SUMMARY JUDGMENT

4

C -06-04694 JF