IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

E.M., a minor, by and through his parents, E.M. and E.M.,

        Plaintiff,

v.

PAJARO VALLEY UNIFIED SCHOOL DISTRICT,

        Defendant.

No. CV-06-4694 MMC

**JUDGMENT IN A CIVIL CASE**

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

Defendant is entitled to judgment in favor on Plaintiff's remaining claims.

Dated: March 16, 2012

Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk